## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

January 19, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

GREGORY C. LANGHAM
CLERK

Mr. Ernest Franklin Clark
FCI-Coleman
#03314-089
P.O. Box 1033
Coleman, FL 33521-0879

Mr. William J. Leone
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

    Re:    05-1235, In Re: Ernest Clark
           Dist/Ag docket: 96-S-823

Dear Mr. Clark and Counsel:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

                                  Sincerely,

                                  Elisabeth A. Shumaker
                                  Clerk, Court of Appeals

                        By: *Audrey F. Wenge*
                              Deputy Clerk

clk:afw
Enclosure

cc:    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re: ERNEST FRANKLIN CLARK,<br><br>Petitioner. | No. 05-1235<br>(D.C. No. 96-S-823) |

ORDER

Filed January 19, 2006

The captioned petition for writ of mandamus is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk